IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 00-CR-30023-WDS |
| CHRISTOPHER FREEMAN, ) | |
| Defendant. ) | |

### ORDER

Before the Court are defendant's motion for retroactive application of the Advisory Sentencing Guidelines (Doc. 176), and a motion of appointed counsel, Daniel Cronin, AFPD, for leave to withdraw (Doc. 205).

Upon review of the record, the Court **FINDS** that the defendant is not entitled to the relief he seeks as the various amendments to the Advisory Sentencing Guidelines do not result in any change in guideline computations because those amendments do not apply to sentences for amounts over 8.4 kilograms of crack cocaine.[1] Accordingly, the defendant's motion for retroactive application of the Advisory Sentencing Guidelines is **DENIED,** as the relief he seeks is not available under any of the amendments to the Sentencing Guideline range. The Court **GRANTS** the motion to withdraw.

**IT IS SO ORDERED.**

**DATE:** 30 July, 2012

s/ WILLIAM D. STIEHL
**DISTRICT JUDGE**

---

[1] The record reveals that the defendant stipulated to converting kilogram-quantities of cocaine into cocaine base on no less than 10 occasions (Doc. 89). Under all of the amendments to the Advisory Sentencing Guidelines, the defendant is not eligible for a further sentence reduction.